UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLAYTON WILLIAMS ENERGY, INC., et al** | **CIVIL ACTION** |
| **VERSUS** | **NO: 08-4742-HGB-SS** |
| **ORLEANS LEVEE DISTRICT, et al** | |

### O R D E R

The Court, after considering the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation filed by Orleans Levee District, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the motion of Clayton Williams Energy, Inc. and EnergyQuest II, LLC (Rec. doc. 97) is GRANTED in PART and DENIED in PART and they are awarded attorneys' fees and costs of $60,393.77.

New Orleans, Louisiana, this 17 day of May, 2010.

UNITED STATES DISTRICT JUDGE